LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
APRIL A. VAN DYKE
Certified Law Student, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2806

FILED
JUN - 9 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

2:09-cr-0250 DAD

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
JOSEPH MCDONALD, )
Defendant. )

VIOLATION: 21 U.S.C. § 844(a)- Possession of a Controlled Substance

# I N F O R M A T I O N

The United States Attorney charges: T H A T

JOSEPH MCDONALD,

defendant herein, on or about March 29,2008, at El Dorado National Forest, County of El Dorado, State and Eastern District of California, did knowingly and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a), a misdemeanor.

DATED: June 8, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By:
MATTHEW C. STEGMAN
Assistant U.S. Attorney

# **PENALTY SLIP**

**UNITED STATES v. JOSEPH MCDONALD**

| | |
|---|---|
| VIOLATION: | 21 U.S.C. 844(a) - Possession of a Controlled Substance |
| MAXIMUM PENALTY: | Imprisonment for not more than one year, or a fine of not less than $1,000.00, but not more than $100,000.00, **or both**. |
| COURT ASSESSMENT: | $25.00 |
| Term of Supervised Release: | One year |